# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| GLENN YOUNG, | ) CIVIL DIVISION |
|---|---|
| Plaintiff, | ) No: 10-293 |
| v. | ) |
| | ) U.S. District Judge Gary L. Lancaster |
| BORUOGH OF NORTH IRWIN, PA, | ) |
| Defendant. | ) **ELECTRONICALLY FILED** |

## STIPULATION OF DISMISSAL

AND NOW, come all parties, by and through their respective counsel, and hereby enter into a stipulation to dismiss any and all claims of Plaintiff Glenn Young in the above-captioned matter, with prejudice.

Respectfully submitted,

BY: *s/Joseph H. Chivers*
JOSEPH H. CHIVERS, ESQUIRE
PA ID #39184
**Attorney for Plaintiff**
100 FirstA venue, Suite 1010
Pittsburgh, PA 15222-1514
(412) 227-0763
(412) 281-8481/fax
jchivers@employmentrightsgroup.com

BY: *s/ Scott G. Dunlop*
SCOTT G. DUNLOP, ESQUIRE
PA ID #41638
**Attorney for Defendant**
Marshall, Dennehey, Warner, Coleman
& Goggin
US Steel Tower, Suite 2900
600 GrantS treet
Pittsburgh,P A 15219
(412) 803-1140
(412) 803-1188/fax
sgdunlop@mdwcg.com

SO ORDERED, this 9th day of September, 2010.

_____, C.J.